IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : <br> : | MDL 03-1570 (GBD)(SN) |

This Document Relates To: All Cases

## [PROPOSED] ORDER

Counsel for the *Havlish* Plaintiffs, having reached a private settlement agreement with the law firms of Motley Rice LLC; Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC, on behalf of their firms and clients, the *Havlish* Plaintiffs' Renewed Motion for an Order Creating a Common Benefit Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No. 4289 & 4291) ("the Motion"), is hereby dismissed with prejudice as against Motley Rice LLC, Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC and their clients.

Counsel for any other party with claims against the Islamic Republic of Iran

[continued on next page]

impacted by the Motion may contact counsel for the *Havlish* Plaintiffs if interested in attempting to reach a private settlement of the Motion.

DATE: DEC 12 2023
New York, New York

SO ORDERED.

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE